■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANIF ABDUR-RAHMAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered March 13, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Balletta, Eiber, Pizzuto and Santucci, JJ., concur.